# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, G.G. GERDING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**THOMAS J. MCLAUGHLIN II**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201400040**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 3 October 2013.
**Military Judge:** LtCol C.M. Greer, USMC.
**Convening Authority:** Commanding General, Training Command, Quantico, VA.
**Staff Judge Advocate's Recommendation:** LtCol M.E. Sayegh, USMC.
**For Appellant:** LtCol Richard Belliss, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**30 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court